# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

HITACHI GLOBAL STORAGE
TECHNOLOGIES NETHERLANDS, B. V.,

         Plaintiff(s),

v.

GS MAGIC, INC., GS MAGICSTOR, INC.,
and RIOSPRING, INC.,

         Defendant(s).

CASE NO. C 04-05460 JF

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE) (ADR L.R. 5)
    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

    **Private Process:**
    ✓    Private ADR *(please identify process and provider)*   Provider is JAMS
Mediator: Hon. Eugene F. Lynch (Ret.)

The parties agree to hold the ADR session by:
        the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    ✓    other requested deadline   Date ordered by Court: deadline is before 10/14/05

Dated: 7/29/05                                     /s/ Ronald J. Pabis
                                                        Attorney for Plaintiff

Dated: 7/29/05                                     /s/ Lisa M. Byerly
                                                        Attorney for Defendant

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
  Non-binding Arbitration
  Early Neutral Evaluation (ENE)
  Mediation
✓ Private ADR

Deadline for ADR session
  90 days from the date of this order.
  other   before 10/14/05

IT IS SO ORDERED.

Dated: 8-2-05

_____
UNITED STATES MAGISTRATE JUDGE
District