| | |
|---|---|
| ROBERT P. FELDMAN, State Bar No. 69602<br>JENNIFER A. OCHS, State Bar No. 174069<br>MAURA L. REES, State Bar No. 191698<br>LISA M. BYERLY, State Bar No. 201030<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100<br><br>Attorneys for Defendants and Counterclaimants<br>GS MAGIC, INC., GS MAGICSTOR, INC., and RIOSPRING, INC. | DANIEL E. ALBERTI (State Bar No. 68620)<br>McDERMOTT WILL & EMERY LLP<br>3150 Porter Drive<br>Palo Alto, CA 94304-1212<br>Telephone: 650.813.5000<br>Facsimile: 650.813.5100<br><br>MARK G. DAVIS (Pro Hac Vice)<br>RONALD J. PABIS (Pro Hac Vice)<br>BONNIE WARREN (Pro Hac Vice)<br>McDERMOTT WILL & EMERY LLP<br>600 Thirteenth Street, N.W.<br>Washington D.C. , CA 2005-3096<br>Telephone: 202.756.8000<br>Facsimile: 202.756.8087<br><br>Attorneys for Plaintiff<br>HITACHI GLOBAL STORAGE TECHNOLOGIES NETHERLANDS B.V. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED 8/30/05*

| | |
|---|---|
| HITACHI GLOBAL STORAGE TECHNOLOGIES NETHERLANDS, B.V.,<br><br>Plaintiff,<br><br>v.<br><br>GS MAGIC, INC., GS MAGICSTOR, INC, and RIOSPRING, INC.,<br><br>Defendants.<br>_____<br>GS MAGIC, INC.; GS MAGICSTOR, INC.; and RIOSPRING, INC.<br><br>Counterclaimants.<br><br>v.<br><br>HITACHI GLOBAL STORAGE TECHNOLOGIES NETHERLANDS, B.V.<br><br>CounterDefendant | CASE NO.: C 04-05460-JF<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER GRANTING REQUEST TO RESCHEDULE THE HEARING FOR PLAINTIFF'S MOTION TO COMPEL ANSWERS TO HGST'S FIRST AND SECOND SETS OF REQUESTS FOR ADMISSION**<br><br>MODIFIED BY THE COURT<br><br>Before: Hon. Richard Seeborg<br>           United States Magistrate Judge |

1  The parties to this action Hitachi Global Storage Technologies Netherlands, B.V. ("HGST") and GS Magic, Inc., GS Magicstor, Inc. and Riospring, Inc. (collectively "Defendants") hereby jointly stipulate and request to reschedule the hearing date previously noticed for HGST's Motion to Compel Answers to HGST's First and Second Sets of Requests for Admission.  The hearing date was scheduled for Wednesday, September 21, 2005 at 9:30 am.  The parties respectfully request that the hearing be rescheduled for Wednesday, October 19, 2005 at 9:30 am.

Dated:  August 29, 2005

      /s/ Ronald J. Pabis
Ronald J. Pabis
Attorney for Plaintiff
HITACHI GLOBAL STORAGE
TECHNOLOGIES NETHERLANDS B.V.

Dated:  August 29, 2005

      /s/ Lisa M. Byerly
Lisa M. Byerly
Attorney for Defendants
GS MAGIC, INC., GS MAGICSTOR, INC.,
and RIOSPRING, INC.

IT IS SO ORDERED:

Dated: 8/30/05

/s/ Richard Seeborg

Hon. Richard Seeborg
United States Magistrate Judge

## CERTIFICATION

I, Lisa M. Byerly, am the ECF User whose identification and password are being used to file the Joint Stipulation and [Proposed] Order Granting Request to Reschedule the Hearing for Plaintiff's Motion to Compel Answers to HGST's First and Second Sets of Requests for Admission.  In compliance with General Order 45.X.B, I hereby attest that Ronald J. Pabis has concurred in this filing.

Dated: August 29, 2005                WILSON SONSINI GOODRICH & ROSATI
                                      Professional Corporation


                                      By: /s/ Lisa M. Byerly
                                              Lisa M. Byerly

                                      Attorneys for Defendants
                                      GS MAGIC, INC., GS MAGICSTOR, INC.
                                      and RIOSPRING, INC.