| | |
|---|---|
| 1   ROBERT P. FELDMAN, State Bar No. 69602<br>    JENNIFER A. OCHS, State Bar No. 174069<br>2   MAURA L. REES, State Bar No. 191698<br>    LISA M. BYERLY, State Bar No. 201030<br>3   WILSON SONSINI GOODRICH & ROSATI<br>    Professional Corporation<br>4   650 Page Mill Road<br>    Palo Alto, CA 94304-1050<br>5   Telephone: (650) 493-9300<br>    Facsimile: (650) 565-5100<br><br>Attorneys for Defendants and<br>Counterclaimants<br>GS MAGIC, INC., GS MAGICSTOR, INC.,<br>and RIOSPRING, INC. | DANIEL E. ALBERTI (State Bar No. 68620)<br>McDERMOTT WILL & EMERY LLP<br>3150 Porter Drive<br>Palo Alto, CA 94304-1212<br>Telephone: 650.813.5000<br>Facsimile: 650.813.5100<br><br>MARK G. DAVIS (Pro Hac Vice)<br>RONALD J. PABIS (Pro Hac Vice)<br>BUREDEN J. WARREN (Pro Hac Vice)<br>McDERMOTT WILL & EMERY LLP<br>600 Thirteenth Street, N.W.<br>Washington, D.C. 20005-3096<br>Telephone: 202.756.8000<br>Facsimile: 202.756.8087<br><br>Attorneys for Plaintiff and CounterDefendant<br>HITACHI GLOBAL STORAGE<br>TECHNOLOGIES NETHERLANDS, B.V. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION      *E-FILED 10/4/05*

| | |
|---|---|
| HITACHI GLOBAL STORAGE<br>TECHNOLOGIES NETHERLANDS, B.V.,<br><br>    Plaintiff,<br><br>v.<br><br>GS MAGIC, INC., GS MAGICSTOR, INC,<br>and RIOSPRING, INC.,<br><br>    Defendants.<br><br>GS MAGIC, INC.; GS MAGICSTOR, INC.; and<br>RIOSPRING, INC.<br><br>    Counterclaimants.<br><br>v.<br><br>HITACHI GLOBAL STORAGE<br>TECHNOLOGIES NETHERLANDS, B.V.<br><br>    CounterDefendant | CASE NO.: C 04-05460-JF (RS)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER GRANTING REQUEST TO RESCHEDULE THE HEARING FOR PLAINTIFF'S MOTION TO COMPEL ANSWERS TO HGST'S FIRST AND SECOND SETS OF REQUESTS FOR ADMISSION**<br><br>Before: Hon. Richard Seeborg<br>          United States Magistrate Judge |

1  The parties to this action Hitachi Global Storage Technologies Netherlands, B.V.
2  ("HGST") and GS Magic, Inc., GS Magicstor, Inc. and Riospring, Inc. (collectively
3  "Defendants") hereby jointly stipulate and request to reschedule the hearing date previously
4  noticed for HGST's Motion to Compel Answers to HGST's First and Second Sets of Requests
5  for Admission. The hearing date was scheduled for Wednesday, October 19, 2005 at 9:30 am.
6  The parties respectfully request that the hearing be rescheduled for Wednesday, November 16,
7  2005 at 9:30 am. In accordance with the new hearing date, HGST's Reply will be due
8  November 4, 2005.

12  Dated: October 4, 2005                                /s/ Ronald J. Pabis
                                                          Ronald J. Pabis
13                                                        Attorney for Plaintiff
14                                                        HITACHI GLOBAL STORAGE
                                                          TECHNOLOGIES NETHERLANDS, B.V.

16  Dated: October 4, 2005                                /s/ Lisa M. Byerly
                                                          Lisa M. Byerly
17                                                        Attorney for Defendants
18                                                        GS MAGIC, INC., GS MAGICSTOR, INC.,
                                                          and RIOSPRING, INC.

20  IT IS SO ORDERED:

21
        Dated:  10/4/05                                   /s/ Richard Seeborg
22      _____

                                                          Hon. Richard Seeborg
23                                                        United States Magistrate Judge

**CERTIFICATION**

I, Lisa Sattler-Blackburn, am the ECF User whose identification and password are being used to file the Joint Stipulation and [Proposed] Order Granting Request to Reschedule the Hearing for Plaintiff's Motion to Compel Answers to HGST's First and Second Sets of Requests for Admission. In compliance with General Order 45.X.B, I hereby attest that Lisa M. Byerly has concurred in this filing.

Dated: October 4 , 2005

By: /s/ Lisa Sattler Blackburn

WDC99 1143053-1.068041.0013

CASE NO. C 04-05460-JF                    -3-