**E-filed 10/5/05**

| | |
|---|---|
| DANIEL E. ALBERTI (SBN 68620)<br>E-mail: dalberti@mwe.com<br>**McDERMOTT WILL & EMERY LLP**<br>3150 Porter Drive<br>Palo Alto, CA  94304-1212<br>Telephone:     (650) 813-5000<br>Facsimile:      (650) 813-5100<br><br>Attorneys for Plaintiff<br>HITACHI GLOBAL STORAGE<br>TECHNOLOGIES NETHERLANDS, B.V. | ROBERT P. FELDMAN (SBN 69602)<br>**WILSON SONSINI GOODRICH & ROSATI**<br>A Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA  94304-1050<br>Telephone:     (650) 493-9300<br>Facsimile:      (650) 565-5100<br><br>Attorneys for Defendants<br>GS MAGIC, INC., GS MAGICSTOR, INC. AND RIOSPRING, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| HITACHI GLOBAL STORAGE TECHNOLOGIES NETHERLANDS B.V.,<br><br>    Plaintiff,<br><br>v.<br><br>GS MAGIC, INC.; GS MAGICSTOR, INC.; and RIOSPRING, INC.,<br><br>    Defendants. | CASE NO.  CV-04-05460 JF<br><br>**JOINT STIPULATION AND ORDER GRANTING REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE** |

The parties to this action hereby jointly stipulate and request to reschedule the Case Management Conference currently scheduled for October 14, 2005 at 10:30 a.m. in Courtroom 3 of this Court to October 24, 2005 at 10:30 a.m. in Courtroom 3 of this Court.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

---

JOINT STIPULATION AND [PROPOSED]
ORDER GRANTING PARTIES' REQUEST
TO RESCHEDULE CMC

CASE NO. C04-05460-JF

1 | Dated: October 3, 2005            /s/ Daniel E. Alberti
Daniel E. Alberti
Attorney for Plaintiff
HITACHI GLOBAL STORAGE TECHNOLOGIES NETHERLANDS, B.V.

2

3

4 | Dated: October 3, 2005            /s/ Robert P. Feldman
Robert S. Feldman
Attorney for Defendants
GS MAGIC, INC.,; GS MAGICSTOR, INC.; AND RIOSPRING, INC.

5

6

7

8 | IT IS SO ORDERED:

9

10 | Dated: 10/4/05            /s/electronic signature authorized
U.S. DISTRICT COURT JUDGE JEREMY FOGEL

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED]
ORDER GRANTING PARTIES' REQUEST            - 2 -            CASE NO. C04-05460-JF
TO RESCHEDULE CMC

SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL
CERTIFICATION BY DANIEL E. ALBERTI PURSUANT TO GENERAL RULE NO. 45, SECTION X. RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES

1. I am an attorney licensed to practice law in the state of California, and am a partner in the law firm of McDermott, Will & Emery, counsel for plaintiff HITACHI GLOBAL STORAGE TECHNOLOGIES NETHERLANDS, B.V. in this matter. The statements herein are made on my personal knowledge, and if called as a witness I could and would testify thereto.

2. The above e-filed document contains multiple signatures. I declare that concurrence has been obtained from each of the other signatories to file this jointly prepared document with the Court. Pursuant to General Rule No. 45, I shall maintain records to support this concurrence for subsequent production for the court if so ordered, or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct on this 3rd day of October, 2005.

                                                           /s/ Daniel E. Alberti
                                                            Daniel E. Alberti