1   DANIEL E. ALBERTI (SBN 68620)                ROBERT P. FELDMAN (SBN 69602)
    E-mail:  dalberti@mwe.com                     **WILSON SONSINI GOODRICH &**
2   **McDERMOTT WILL & EMERY LLP**               **ROSATI**
    3150 Porter Drive                             A Professional Corporation
3   Palo Alto, CA  94304-1212                     650 Page Mill Road
    Telephone:    (650) 813-5000                  Palo Alto, CA  94304-1050
4   Facsimile:    (650) 813-5100                  Telephone:    (650) 493-9300
                                                  Facsimile:    (650) 565-5100
5   Attorneys for Plaintiff
    HITACHI GLOBAL STORAGE                        Attorneys for Defendants
6   TECHNOLOGIES NETHERLANDS, B.V.                GS MAGIC, INC., GS MAGICSTOR,
                                                  INC. AND RIOSPRING, INC.
7

8                       UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

10

11   HITACHI GLOBAL STORAGE                   CASE NO.  CV-04-05460 JF
     TECHNOLOGIES NETHERLANDS B.V.,
12                                            **JOINT STIPULATION AND**
                   Plaintiff,                 **ORDER GRANTING REQUEST TO**
13                                            **RESCHEDULE CASE MANAGEMENT**
            v.                                **CONFERENCE**
14
     GS MAGIC, INC.; GS MAGICSTOR,
15   INC.; and RIOSPRING, INC.,

16                 Defendants.

17

18          The parties to this action hereby jointly stipulate and request to reschedule the Case

19   Management Conference currently scheduled for October 24, 2005 at 10:30 a.m. in Courtroom 3

20   of this Court to November 18, 2005 at 10:30 a.m. in Courtroom 3 of this Court.

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28

     JOINT STIPULATION AND [PROPOSED]
     ORDER GRANTING PARTIES' REQUEST                          CASE NO. C04-05460-JF
     TO RESCHEDULE CMC

1

Dated: October 6, 2005          /s/ Daniel E. Alberti

2                                Daniel E. Alberti
                                 Attorney for Plaintiff
3                                HITACHI GLOBAL STORAGE TECHNOLOGIES
                                 NETHERLANDS, B.V.

4

Dated: October 6, 2005          /s/ Robert P. Feldman

5                                Robert S. Feldman
                                 Attorney for Defendants
6                                GS MAGIC, INC.,; GS MAGICSTOR, INC.; AND
                                 RIOSPRING, INC.

7

8

IT IS SO ORDERED:

9

10

Dated: 10/6/05                        s/electronic-signature-authorized

11                                    U.S. DISTRICT COURT JUDGE JEREMY FOGEL

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED]
ORDER GRANTING PARTIES' REQUEST          - 2 -                    CASE NO. C04-05460-JF
TO RESCHEDULE CMC

1

2

SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL
CERTIFICATION BY DANIEL E. ALBERTI PURSUANT TO GENERAL RULE NO. 45,
SECTION X. RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES

3

      1.      I am an attorney licensed to practice law in the state of California, and am a

4

partner in the law firm of McDermott, Will & Emery, counsel for plaintiff HITACHI GLOBAL

5

STORAGE TECHNOLOGIES NETHERLANDS, B.V. in this matter.  The statements herein are

6

made on my personal knowledge, and if called as a witness I could and would testify thereto.

7

      2.      The above e-filed document contains multiple signatures.  I declare that

8

concurrence has been obtained from each of the other signatories to file this jointly prepared

9

document with the Court.  Pursuant to General Rule No. 45, I shall maintain records to support

10

this concurrence for subsequent production for the court if so ordered, or for inspection upon

11

request by a party until one year after final resolution of the action (including appeal, if any).

12

      I declare under penalty of perjury under the laws of the state of California that the

13

foregoing is true and correct on this 6th day of October, 2005.

14

15

16

                                    __/s/ Daniel E. Alberti
                                    Daniel E. Alberti

17

18

19

20

21

22

23

24

25

26

27

28

MPK 98490-1.068041.0013

JOINT STIPULATION AND [PROPOSED]
ORDER GRANTING PARTIES' REQUEST       - 3 -                      CASE NO. C04-05460-JF
TO RESCHEDULE CMC