| | |
|---|---|
| ROBERT P. FELDMAN, State Bar No. 69602<br>JENNIFER A. OCHS, State Bar No. 174069<br>MAURA L. REES, State Bar No. 191698<br>LISA M. BYERLY, State Bar No. 201030<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone:  (650) 493-9300<br>Facsimile:   (650) 565-5100<br><br>Attorneys for Defendants and<br>CounterClaimants<br>GS MAGIC, INC., GS MAGICSTOR, INC.,<br>and RIOSPRING, INC. | DANIEL E. ALBERTI (State Bar No. 68620)<br>LISA SATTLER BLACKBURN<br>(State Bar No. 178826)<br>McDERMOTT WILL & EMERY LLP<br>3150 Porter Drive<br>Palo Alto, CA 94304-1212<br>Telephone:     650.813.5000<br>Facsimile:      650.813.5100<br><br>MARK G. DAVIS (Pro Hac Vice)<br>RONALD J. PABIS (Pro Hac Vice)<br>BUREDEN J. WARREN (Pro Hac Vice)<br>McDERMOTT WILL & EMERY LLP<br>600 Thirteenth Street, N.W.<br>Washington, D.C.  20005-3096<br>Telephone:     202.756.8000<br>Facsimile:      202.756.8087<br><br>Attorneys for Plaintiff and CounterDefendant<br>HITACHI GLOBAL STORAGE<br>TECHNOLOGIES NETHERLANDS, B.V. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED 10/25/05*

| | |
|---|---|
| HITACHI GLOBAL STORAGE<br>TECHNOLOGIES NETHERLANDS, B.V.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GS MAGIC, INC., GS MAGICSTOR, INC,<br>and RIOSPRING, INC.,<br><br>　　　　　Defendants.<br><br>GS MAGIC, INC.; GS MAGICSTOR, INC.; and<br>RIOSPRING, INC.<br><br>　　　　　CounterClaimants,<br><br>　　v.<br><br>HITACHI GLOBAL STORAGE<br>TECHNOLOGIES NETHERLANDS, B.V.<br><br>　　　　　CounterDefendant. | CASE NO.:  C 04-05460-JF (RS)<br><br>**SECOND JOINT STIPULATION AND [PROPOSED] ORDER GRANTING REQUEST TO RESCHEDULE THE HEARING FOR PLAINTIFF'S MOTION TO COMPEL ANSWERS TO HGST'S FIRST AND SECOND SETS OF REQUESTS FOR ADMISSION**<br><br>Before: Hon. Richard Seeborg<br>　　　　　United States Magistrate Judge |

CASE NO. C 04-05460-JF
SECOND JOINT STIPULATION AND [PROPOSED] ORDER

1  The parties to this action Hitachi Global Storage Technologies Netherlands, B.V. ("HGST") and GS Magic, Inc., GS Magicstor, Inc. and Riospring, Inc. (collectively "Defendants") hereby jointly stipulate and request to reschedule the hearing date previously noticed for HGST's Motion to Compel Answers to HGST's First and Second Sets of Requests for Admission.  The hearing date was originally scheduled for Wednesday, October 19, 2005 at 9:30 am., and was subsequently rescheduled for Wednesday, November 16, 2005.  The parties respectfully request that the hearing be rescheduled for Wednesday, December 14, 2005 at 9:30 am.  In accordance with the new hearing date, HGST's Reply will be due December 2, 2005.

Dated:  October 25, 2005

/s/ Ronald J. Pabis
Ronald J. Pabis
Attorney for Plaintiff
HITACHI GLOBAL STORAGE TECHNOLOGIES NETHERLANDS, B.V.

Dated:  October 25 , 2005

/s/ Lisa M. Byerly
Lisa M. Byerly
Attorney for Defendants
GS MAGIC, INC., GS MAGICSTOR, INC., and RIOSPRING, INC.

IT IS SO ORDERED:

Dated: 10/25/05

/s/ Richard Seeborg
Hon. Richard Seeborg
United States Magistrate Judge

# CERTIFICATION

I, Lisa Sattler Blackburn, am the ECF User whose identification and password are being used to file the Second Joint Stipulation and [Proposed] Order Granting Request to Reschedule the Hearing for Plaintiff's Motion to Compel Answers to HGST's First and Second Sets of Requests for Admission. In compliance with General Order 45.X.B, I hereby attest that Lisa M. Byerly has concurred in this filing.

Dated: October 25 , 2005

By: /s/ Lisa Sattler Blackburn

WDC99 1152451-1.068041.0013

CASE NO. C 04-05460-JF         -3-