**E-filed 12/13/05**

ROBERT P. FELDMAN, State Bar No. 69602
JENNIFER A. OCHS, State Bar No. 174069
MAURA L. REES, State Bar No. 191698
LISA M. BYERLY, State Bar No. 201030
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendants and
Counterclaimants
GS MAGIC, INC., GS MAGICSTOR, INC.,
and RIOSPRING, INC.

DANIEL E. ALBERTI (State Bar No. 68620)
McDERMOTT WILL & EMERY LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.813.5000
Facsimile: 650.813.5100

MARK G. DAVIS (Pro Hac Vice)
RONALD J. PABIS (Pro Hac Vice)
BONNIE WARREN (Pro Hac Vice)
McDERMOTT WILL & EMERY LLP
600 Thirteenth Street, N.W.
Washington D.C., CA 2005-3096
Telephone: 202.756.8000
Facsimile: 202.756.8087

Attorneys for Plaintiff
HITACHI GLOBAL STORAGE
TECHNOLOGIES NETHERLANDS B.V.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HITACHI GLOBAL STORAGE TECHNOLOGIES NETHERLANDS, B.V., <br><br> Plaintiff, <br><br> v. <br><br> GS MAGIC, INC., GS MAGICSTOR, INC, and RIOSPRING, INC., <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS | CASE NO.: C 04-05460-JF <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC** <br><br> Date: December 9, 2005 <br> Courtroom: 3 <br> Before: Hon. Jeremy Fogel |

WHEREAS:

A Case Management Conference has been scheduled in this case for December 9, 2005;

Lead counsel for Defendants has a pre-existing medical appointment for December 9.

1  THEREFORE, THE PARTIES STIPULATE THAT:

2      The Case Management Conference will be rescheduled for December 16, 2005 at 10:30

3  a.m.

4

5

6  Dated: August 29, 2005                           /s/ Dan Alberti
                                                                              Dan Alberti

7                                                                                Ronald J. Pabis

8                                                                                Attorney for Plaintiff
                                                                              HITACHI GLOBAL STORAGE

9                                                                                TECHNOLOGIES, NETHERLANDS B.V.

10

11  Dated: August 29, 2005                           /s/ Robert Feldman
                                                                              Robert P. Feldman

12                                                                                Jennifer Ochs
                                                                              Attorney for Defendants

13                                                                                GS MAGIC, INC., GS MAGICSTOR, INC.,
                                                                              and RIOSPRING, INC.

14

15  IT IS SO ORDERED:

16

17  Dated: 12/13/05                                /s/electronic signature authorized
                                                                              Hon. Jeremy Fogel

18                                                                                United States District Judge

19

20

21

22

23

24

25

26

27

28

1 **CERTIFICATION**

2  I, Jennifer Ochs, am the ECF User whose identification and password are being used to
3 file the accompanying document.  In compliance with General Order 45.X.B, I hereby attest that
4 counsel for Plaintiff has concurred in this filing.

5

6 Dated: December 8, 2005    WILSON SONSINI GOODRICH & ROSATI
                                             Professional Corporation
7

8
                                             By: /s/ Jennifer Ochs
9

10                                           Attorneys for Defendants
                                             GS MAGIC, INC., GS MAGICSTOR, INC.
11                                           and RIOSPRING, INC.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28