| | |
|---|---|
| ROBERT P. FELDMAN, State Bar No. 69602<br>JENNIFER A. OCHS, State Bar No. 174069<br>MAURA L. REES, State Bar No. 191698<br>LISA M. BYERLY, State Bar No. 201030<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100<br><br>Attorneys for Defendants and<br>Counterclaimants<br>GS MAGIC, INC., GS MAGICSTOR, INC.,<br>and RIOSPRING, INC. | DANIEL E. ALBERTI (State Bar No. 68620)<br>McDERMOTT WILL & EMERY LLP<br>3150 Porter Drive<br>Palo Alto, CA 94304-1212<br>Telephone: 650.813.5000<br>Facsimile: 650.813.5100<br><br>MARK G. DAVIS (Pro Hac Vice)<br>RONALD J. PABIS (Pro Hac Vice)<br>BONNIE WARREN (Pro Hac Vice)<br>McDERMOTT WILL & EMERY LLP<br>600 Thirteenth Street, N.W.<br>Washington D.C. , CA 2005-3096<br>Telephone: 202.756.8000<br>Facsimile: 202.756.8087<br><br>Attorneys for Plaintiff<br>HITACHI GLOBAL STORAGE<br>TECHNOLOGIES NETHERLANDS B.V. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED 12/13/05*

| | |
|---|---|
| HITACHI GLOBAL STORAGE TECHNOLOGIES NETHERLANDS, B.V.,<br><br>Plaintiff,<br><br>v.<br><br>GS MAGIC, INC., GS MAGICSTOR, INC, and RIOSPRING, INC.,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | CASE NO.: C 04-05460-JF<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE HEARING ON PLAINTIFF'S MOTION TO COMPEL ANSWERS TO FIRST AND SECOND SETS OF REQUESTS FOR ADMISSION**<br><br>Date: December 14, 2005<br>Courtroom: 4<br>Before: Hon. Richard Seeborg |

WHEREAS:

In order to give the principals more opportunity to discuss the matter, and to permit a motion which may be filed by counsel for Defendants pursuant to N.D. Cal. Local R. 11-5 and Cal. R. Prof'l Conduct 3-700(C), the parties agree to continue all scheduled dates by four weeks.

ACCORDINGLY, IT IS SO STIPULTATED THAT:

1   The hearing on Plaintiff's Motion to Compel Answers to First and Second Sets of
2   Requests for Admission, currently scheduled for December 14, 2005 at 9:30 a.m. will be
3   continued to January 11, 2006 at 9:30 a.m., or to the next available date on the Court's calendar.
4   SO STIPULATED.

6   Dated: December 13, 2005                               /s/ Ronald J. Pabis

7                                                           Dan Alberti
                                                            Ronald J. Pabis
8                                                           Attorney for Plaintiff
9                                                           HITACHI GLOBAL STORAGE
                                                            TECHNOLOGIES, NETHERLANDS B.V.

11  Dated: December 13, 2005                               /s/ Robert Feldman
                                                            Robert P. Feldman
12                                                          Jennifer Ochs
13                                                          Attorney for Defendants
                                                            GS MAGIC, INC., GS MAGICSTOR, INC.,
14                                                          and RIOSPRING, INC.

16  PURSUANT TO STIPULATION, IT IS SO ORDERED:

17  Dated:  12/13/05                                        /s/ Richard Seeborg
18                                                          Hon. Richard Seeborg
                                                            United States Magistrate Judge

CASE NO. C 04-05460-JF   JOINT STIPULATION AND              - 2 -                    2784742_1.DOC
[PROPOSED] ORDER TO CONTINUE THE HEARING ON
PLAINTIFF'S MTC

## CERTIFICATION

I, Jennifer Ochs, am the ECF User whose identification and password are being used to file the accompanying document.  In compliance with General Order 45.X.B, I hereby attest that counsel for Plaintiff has concurred in this filing.

Dated: December 13, 2005                    WILSON SONSINI GOODRICH & ROSATI
                                            Professional Corporation


                                            By: /s/ Jennifer Ochs

                                            Attorneys for Defendants
                                            GS MAGIC, INC., GS MAGICSTOR, INC.
                                            and RIOSPRING, INC.