**E-filed 12/14/05**

| | |
|---|---|
| ROBERT P. FELDMAN, State Bar No. 69602<br>JENNIFER A. OCHS, State Bar No. 174069<br>MAURA L. REES, State Bar No. 191698<br>LISA M. BYERLY, State Bar No. 201030<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100<br><br>Attorneys for Defendants and Counterclaimants<br>GS MAGIC, INC., GS MAGICSTOR, INC., and RIOSPRING, INC. | DANIEL E. ALBERTI (State Bar No. 68620)<br>McDERMOTT WILL & EMERY LLP<br>3150 Porter Drive<br>Palo Alto, CA 94304-1212<br>Telephone:  650.813.5000<br>Facsimile:  650.813.5100<br><br>MARK G. DAVIS (Pro Hac Vice)<br>RONALD J. PABIS (Pro Hac Vice)<br>BONNIE WARREN (Pro Hac Vice)<br>McDERMOTT WILL & EMERY LLP<br>600 Thirteenth Street, N.W.<br>Washington D.C. , CA  2005-3096<br>Telephone:  202.756.8000<br>Facsimile:  202.756.8087<br><br>Attorneys for Plaintiff<br>HITACHI GLOBAL STORAGE TECHNOLOGIES NETHERLANDS B.V. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HITACHI GLOBAL STORAGE TECHNOLOGIES NETHERLANDS, B.V.,<br><br>   Plaintiff,<br><br>   v.<br><br>GS MAGIC, INC., GS MAGICSTOR, INC, and RIOSPRING, INC.,<br><br>   Defendants.<br>_____<br><br> AND RELATED COUNTERCLAIMS  | CASE NO.:  C 04-05460-JF<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE THE DECEMBER 16, 2005 CMC**<br><br>Date: December 16, 2005<br>Courtroom: 3<br>Before: Hon. Jeremy Fogel |

WHEREAS:

In order to give the principals more opportunity to discuss the matter, and to permit a motion which may be filed by counsel for Defendants pursuant to N.D. Cal. Local R. 11-5 and Cal. R. Prof'l Conduct 3-700(C), the parties agree to continue all scheduled dates by four weeks.

ACCORDINGLY, IT IS SO STIPULTATED THAT:

1   The Case Management Conference currently scheduled for December 16, 2005 at 10:30
2   a.m. will be continued to January 13, 2006 at 10:30 a.m., or to the next available date on the
3   Court's calendar;
4   The exchange of preliminary claim constructions and extrinsic evidence pursuant to
5   Patent Local R. 4-2, which had been due on December 28, 2005, will be due on January 25,
6   2006, or at such a date that the Court may set.
7   SO STIPULATED.

9   Dated:  December 13, 2005                                    /s/ Ronald J. Pabis
                                                                Dan Alberti
                                                                Ronald J. Pabis
                                                                Attorney for Plaintiff
                                                                HITACHI GLOBAL STORAGE
                                                                TECHNOLOGIES, NETHERLANDS B.V.

14  Dated:  December 13, 2005                                    /s/  Robert Feldman
                                                                Robert P. Feldman
                                                                Jennifer Ochs
                                                                Attorney for Defendants
                                                                GS MAGIC, INC., GS MAGICSTOR, INC.,
                                                                and RIOSPRING, INC.

19  PURSUANT TO STIPULATION, IT IS SO ORDERED:

20  Dated: 12/14/05                                             /s/electronic signature authorized
                                                                Hon. Jeremy Fogel
                                                                United States District Judge

CASE NO. C 04-05460-JF   JOINT STIPULATION AND                  - 2 -                               2784662_1.DOC
[PROPOSED] ORDER TO CONTINUE THE DECEMBER 16, 2005
CMC

## **CERTIFICATION**

I, Jennifer Ochs, am the ECF User whose identification and password are being used to file the accompanying document.  In compliance with General Order 45.X.B, I hereby attest that counsel for Plaintiff has concurred in this filing.

Dated: December 13, 2005         WILSON SONSINI GOODRICH & ROSATI
                                 Professional Corporation


                                 By: /s/ Jennifer Ochs


                                 Attorneys for Defendants
                                 GS MAGIC, INC., GS MAGICSTOR, INC.
                                 and RIOSPRING, INC.