CHAMBER'S COPY

FILED
E-filing
DEC 21 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

ROBERT P. FELDMAN, State Bar No. 69602
JENNIFER A. OCHS, State Bar No. 174069
MAURA L. REES, State Bar No. 191698
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendants and
Counterclaimants
GS MAGIC, INC., GS MAGICSTOR, INC.,
and RIOSPRING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HITACHI GLOBAL STORAGE TECHNOLOGIES NETHERLANDS, B.V., <br><br>Plaintiff, <br><br>v. <br><br>GS MAGIC, INC., GS MAGICSTOR, INC, and RIOSPRING, INC., <br><br>Defendants. <br><br>AND RELATED COUNTERCLAIMS | CASE NO.: C 04-05460-JF <br><br>[~~PROPOSED~~] ORDER RE MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL <br><br>Date: [To Be Determined] <br>Before: Hon. Jeremy Fogel <br>Court: 3 |

Good cause appearing therefor, IT IS HEREBY ORDERED THAT the following documents lodged with the Court by Defendants GS Magic, Inc., GS Magicstor, Inc. and RioSpring, Inc. shall be filed under seal:

1. Notice of Motion and WSGR'S Motion to Withdraw as Counsel of Record for Defendants (Unredacted Version);

2. Declaration of Robert P. Feldman in Support of WSGR'S Motion to Withdraw as Counsel of Record for Defendants (Unredacted Version).

1  IT IS SO ORDERED.

3  DATED: 12/21/05

Hon. Jeremy Fogel
United States District Judge