*E-Filed 1/5/06*

NOT FOR CITATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| HITACHI GLOBAL STORAGE TECHNOLOGIES NETHERLANDS, B.V., <br><br> Plaintiff, <br><br> v. <br><br> GS MAGIC, INC., et al., <br><br> Defendants. | Case Number C 04-5460 JF <br><br> ORDER (1) GRANTING DEFENSE COUNSEL'S REQUEST TO DETERMINE MOTION ON THE PAPERS; AND (2) GRANTING DEFENSE COUNSEL'S MOTION TO WITHDRAW AS ATTORNEY OF RECORD <br><br> [Doc. Nos. 70, 71, 76, 78] |

The law firm Wilson Sonsini Goodrich & Rosati moves to withdraw as counsel of record for Defendants in this action. The parties have stipulated to determination of the motion on the papers. Counsel's motion to withdraw is appropriate for determination without oral argument pursuant to Civil Local Rule 7-1(b). No opposition to counsel's motion has been received, although counsel informed Defendants that counsel would be moving to withdraw from the case. The motion will be granted for good cause shown, specifically the reasons set forth in paragraphs 6-10 of the declaration of Robert Feldman, filed under seal on December 21, 2005.

Plaintiff has requested that Defendants be ordered to retain substitute counsel on or before January 6, 2006. This date is unrealistic given the date of the instant order. However, the

Court will order Defendants to retain substitute counsel on or before February 6, 2006. The case will be stayed until that date or until Defendants retain new counsel, whichever date is earlier.

**ORDER**

(1)  Defense counsel's request to have the motion to withdraw determined on the papers is GRANTED;

(2)  Defense counsel's motion to withdraw is GRANTED;

(3)  Defendants shall retain substitute counsel on or before February 6, 2006; and

(4)  Wilson Sonsini Goodrich and Rosati shall serve a copy of this order upon Defendants.

DATED: 1/5/06

/s/ electronic signature authorized
_____
JEREMY FOGEL
United States District Judge

1 | Copies of Order served on:

3 | Daniel E. Alberti     dalberti@mwe.com, clovdahl@mwe.com
4 | Lisa Sattler Blackburn     lsattler@mwe.com, vfarias@mwe.com
5 | Christopher Duane Bright     cbright@mwe.com
6 | Lisa M. Byerly     lbyerly@wsgr.com, lwang@wsgr.com
7 | Robert Paul Feldman     rfeldman@wsgr.com, rarteaga@wsgr.com
8 | Jennifer Ochs     jochs@wsgr.com, rpezzimenti@wsgr.com
9 | Maura Rees     mrees@wsgr.com

3

Case No. C 04-5460 JF
ORDER (1) GRANTING DEFENSE COUNSEL'S REQUEST TO DETERMINE MOTION ON THE PAPERS ETC.
(JFLC2)