1  DANIEL E. ALBERTI (State Bar No. 68620)
   McDERMOTT WILL & EMERY LLP
2  3150 Porter Drive
   Palo Alto, CA  94304-1212
3  Telephone:   650.813.5000
   Facsimile:   650.813.5100
4  dalberti@mwe.com

5  MARK G. DAVIS (Pro Hac Vice)
   RONALD J. PABIS (Pro Hac Vice)
6  McDERMOTT WILL & EMERY LLP
   600 Thirteenth Street, N.W.
7  Washington, D.C.  20005-3096
   Telephone:   202.756.8000
8  Facsimile:   202.756.8087
   mdavis@mwe.com
9  rpabis@mwe.com

10 Attorneys for Plaintiff and Counter Defendant        **E-filed 2/21/06**
   HITACHI GLOBAL STORAGE
11 TECHNOLOGIES NETHERLANDS, B.V.

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15                       SAN JOSE DIVISION

17 HITACHI GLOBAL STORAGE                    ) CASE NO.:  C 04-05460-JF (RS)
   TECHNOLOGIES NETHERLANDS, B.V.,           )
18                                           )
                  Plaintiff,                 )
19                                           )
        v.                                   )
20                                           )
   GS MAGIC, INC., GS MAGICSTOR, INC,        ) **PLAINTIFF HGST'S
21 and RIOSPRING, INC.,                      ) ADMINISTRATIVE REQUEST FOR
                                             ) LEAVE TO FILE DOCUMENTS
22                Defendants.                ) UNDER SEAL PURSUANT TO
                                             ) CIVIL L.R. 79-5; [PROPOSED]
23 GS MAGIC, INC.; GS MAGICSTOR, INC.; and   ) ORDER**
   RIOSPRING, INC.                           )
24                                           )
                  Counterclaimants.          )  Before:  Hon. Jeremy Fogel
25                                           )  UNITED STATES DISTRICT JUDGE
                                             )
26      v.                                   )
                                             )
27 HITACHI GLOBAL STORAGE                    )
   TECHNOLOGIES NETHERLANDS, B.V.            )
28 ─────────────────────────────────         )
                  Counter Defendant          )
                                             )

**ADMINISTRATIVE REQUEST**

Pursuant to Civil Local Rules 7-10(b) and 79-5 and to the Protective Order in this case, Plaintiff Hitachi Global Storage Technologies Netherlands, B.V. ("HGST") moves the Court for leave to file under seal documents lodged with the Court on February 14, 2006. The lodged documents contain information regarding highly confidential agreements and communications that the parties have jointly agreed to keep confidential  Accordingly, HGST requests that these documents be filed under seal.

Moreover, the Protective Order in this case, entered on June 13, 2005, provides that documents in this action that contain or refer to information designated by a party as "Confidential" or "Highly Confidential—Counsel Eyes Only" must be filed under seal.

This request is based upon the below memorandum, accompanying declaration of Daniel E. Alberti ("Alberti Decl."), the pleadings and papers on file in this action, and such other evidence and argument as may be presented to the Court.

**MEMORANDUM**

Pursuant to Civil Local Rule 79-5, the Court may order a document that contains confidential information be filed under seal for good cause. HGST respectfully submits that good cause exists for filing under seal the following documents lodged with the Court on February 14, 2006:

- Notice of Motion and Motion for Order to Show Cause; Memorandum of Points and Authorities; and Proposed Order
- Declaration of Ronald J. Pabis in Support of Plaintiff's Motion for Order to Show Cause why Default Should not be entered

The parties have agreed to keep information regarding the agreements and communications referenced in the documents mentioned above confidential  The parties may be at a competitive disadvantage if their competitors obtain this information. Accordingly, HGST requests that these documents be filed under seal.

Furthermore, on June 13, 2005, Judge Fogel entered the Protective Order in this case. *See* Alberti Decl. ¶ 2. The Protective Order governs the use of confidential information in these

1 proceedings. The Protective Order provides that any protected material including Confidential
2 Information shall be filed under seal pursuant to Civil Local Rule 79-5. Protective Order at ¶ 10.
3
4 Dated: February 14, 2006                    /s/
                                             Daniel E. ALberti
5                                            Attorney for Plaintiff
                                             HITACHI GLOBAL STORAGE
6                                            TECHNOLOGIES NETHERLANDS, B.V.
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# [~~PROPOSED~~] ORDER

Upon good cause shown, IT IS HEREBY ORDERED that the following documents lodged with the Court on February 14, 2006 be filed under seal:

- Notice of Motion and Motion for Order to Show Cause; Memorandum of Points and Authorities; and Proposed Order
- Declaration of Ronald J. Pabis in Support of Plaintiff's Motion for Order to Show Cause why Default Should not be entered.

Dated: ____2/21/06_____    _____
THE HONORABLE JEREMY FOGEL
United States District Judge