*E-Filed 3/7/06*

NOT FOR CITATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| HITACHI GLOBAL STORAGE TECHNOLOGIES NETHERLANDS, B.V., <br><br> Plaintiff, <br><br> v. <br><br> GS MAGIC, INC., et al., <br><br> Defendants. | Case Number C 04-5460 JF <br><br> ORDER TO SHOW CAUSE WHY DEFAULT SHOULD NOT BE ENTERED AGAINST DEFENDANTS |

    On January 5, 2006, the Court granted defense counsel's motion to withdraw as counsel of record for Defendants in this action. The Court ordered Defendants to retain substitute counsel on or before February 6, 2006 and stayed the case until that date. Defendants did not retain substitute counsel by February 6 and still have not retained substitute counsel.

    Plaintiffs have filed a motion for an order to show cause why default should not be entered against Defendants and a motion for an order shortening time for hearing on such motion. Defendants' motion for an order to show cause currently is set for hearing on March 31, 2006.

    After reviewing Plaintiffs' motions and the record in this case, the Court concludes that

1 issuance of the requested order to show cause is appropriate at this time. Accordingly,
2 Defendants are HEREBY ORDERED TO SHOW CAUSE, in writing and on or before March
3 24, 2006, why default should not be entered against them for the reasons set forth in Plaintiff's
4 motion. Plaintiff and Defendants SHALL APPEAR before the Court at 9:00 a.m. on Friday,
5 March 31, 2006, to discuss the status of Defendants' representation and whether entry of default
6 is appropriate.
7      IT IS SO ORDERED.

9 DATED: 3/7/06

                                        _____
11                                       JEREMY FOGEL
                                         United States District Judge

Case No. C 04-5460 JF
ORDER TO SHOW CAUSE
(JFLC2)

1  Copies of Order served on:

2

3  Counsel for Plaintiff:

4  Daniel E. Alberti    dalberti@mwe.com, clovdahl@mwe.com

5  Lisa Sattler Blackburn    lsattler@mwe.com, vfarias@mwe.com

6  Christopher Duane Bright    cbright@mwe.com

7

8  Former Counsel For Defendants:[1]

9  Robert Paul Feldman
   Wilson Sonsini Goodrich & Rosati
10 650 Page Mill Rd
   Palo Alto, CA 94304

---

[1] Although Mr. Feldman and the firm Wilson Sonsini Goodrich & Rosati have withdrawn as counsel of record for Defendants, no alternate addresses for Defendants have been provided. The Court therefore directs Mr. Feldman to mail the instant order to Defendants at their last known addresses, and to provide the Court with such addresses. The Court appreciates Mr. Feldman's assistance in this matter.

3

Case No. C 04-5460 JF
ORDER TO SHOW CAUSE
(JFLC2)