| | |
|---|---|
| 1  DANIEL E. ALBERTI (State Bar No. 68620) | **E-filed 4/28/06** |

DANIEL E. ALBERTI (State Bar No. 68620)
McDERMOTT WILL & EMERY LLP
3150 Porter Drive
Palo Alto, CA  94304-1212
Telephone:     650.813.5000
Facsimile:      650.813.5100

MARK G. DAVIS (*Pro Hac Vice*)
RONALD J. PABIS (*Pro Hac Vice*)
BUREDEN J. WARREN (*Pro Hac Vice*)
McDERMOTT WILL & EMERY LLP
600 Thirteenth Street, NW
Washington, DC 20005-3096
Telephone: (202) 756-8000
Facsimile: (202) 756-8087

Attorneys for Plaintiff and Counterdefendant
HITACHI GLOBAL STORAGE TECHNOLOGIES
NETHERLANDS, B.V.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **HITACHI GLOBAL STORAGE TECHNOLOGIES NETHERLANDS, B.V.**<br><br>Plaintiff,<br><br>v.<br><br>**GS MAGIC, INC.; GS MAGICSTOR, INC.; and RIOSPRING, INC.**<br><br>Defendants. | CASE NO. CV-04-05460 JF<br><br>ELECTRONIC CASE FILING<br><br>[~~PROPOSED~~] **ORDER EXTENDING TIME** |
| **GS MAGIC, INC.; GS MAGICSTOR, INC.; and RIOSPRING, INC.**<br><br>Counterclaimants.<br><br>v.<br><br>**HITACHI GLOBAL STORAGE TECHNOLOGIES NETHERLANDS, B.V.**<br><br>Counterdefendant. | |

1  This Court, having considered Hitachi Global Storage Technologies Netherlands, B.V.'s
2  ("HGST's") Motion for extension of time, and otherwise finding good cause therefore,
3  IT IS HEREBY ORDERED that:
4  The motion is hereby GRANTED.  HGST shall advise the Court as to whether it will
5  submit proof as to damages pursuant to 35 U.S.C. § 284 and make any request for reasonable
6  attorney fees pursuant to 35 U.S.C. § 285 on or before May 30, 2006.

Dated: 4/27/06

Honorable Jeremy Fogel
United States District Judge

WDC99 1222316-1.068041.0013