\*\*e-filed 5/22/06

1  DANIEL E. ALBERTI (State Bar No. 68620)
   McDERMOTT WILL & EMERY LLP
2  3150 Porter Drive
   Palo Alto, CA 94304-1212
3  Telephone:   650.813.5000
   Facsimile:   650.813.5100
4
   MARK G. DAVIS (Pro Hac Vice)
5  RONALD J. PABIS (Pro Hac Vice)
   McDERMOTT WILL & EMERY LLP
6  600 Thirteenth Street, N.W.
   Washington, D.C. 20005-3096
7  Telephone:   202.756.8000
   Facsimile:   202.756.8087
8
   Attorneys for Plaintiff and Counter Defendant
9  HITACHI GLOBAL STORAGE TECHNOLOGIES NETHERLANDS, B.V.

10

11                          UNITED STATES DISTRICT COURT

12                         NORTHERN DISTRICT OF CALIFORNIA

13                                 SAN JOSE DIVISION

14

15  HITACHI GLOBAL STORAGE              )   CASE NO.:  C 04-05460-JF (RS)
    TECHNOLOGIES NETHERLANDS, B.V.,     )
16                                      )
              Plaintiff,                )
17                                      )
         v.                             )
18                                      )   [PROPOSED] ORDER OF
    GS MAGIC, INC., GS MAGICSTOR, INC,  )   DISMISSAL
19  and RIOSPRING, INC.,                )
                                        )
20            Defendants.               )
                                        )   Date:
21  GS MAGIC, INC.; GS MAGICSTOR, INC.; and )   Time:
    RIOSPRING, INC.                     )   Courtroom:
22                                      )   Before: Hon. Jeremy Fogel
              Counterclaimants.         )   UNITED STATES DISTRICT JUDGE
23                                      )
         v.                             )
24                                      )
    HITACHI GLOBAL STORAGE              )
25  TECHNOLOGIES NETHERLANDS, B.V.      )
                                        )
26            Counter Defendant         )
                                        )
27

28

This Court, having considered Hitachi Global Storage Technologies, Netherlands, B.V.'s ("HGST's") Motion for Involuntary Dismissal, and otherwise finding good cause therefore,

IT IS HEREBY ORDERED and ADJUDGED that:

The Counterclaims asserted by Defendants in this action are hereby dismissed.

Dated: 5/18 , 2006

_____
Honorable Jeremy Fogel
UNITED STATES DISTRICT JUDGE

WDC99 1225135-1.068041.0013